UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL CAVADIA
VILLARROEL,

       Petitioner,

   v.                                                     Case No.:  2:26-cv-01650-SPC-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH,

       Respondents,

_____/

## **OPINION AND ORDER**

Before the Court are Manuel Cavadia Villarroel's Motion to Reopen Case for Limited Purpose of Enforcement of Habeas Order and Motion to Enforce Judgment (Doc. 15) and the federal government's response (Doc. 17).

Cavadia Villarroel is a noncitizen in immigration detention.  The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing.  On June 2, 2026, an immigration judge denied Cavadia Villarroel's request for release on bond.  Cavadia Villarroel argues the bond hearing did not comply with the Court's order.  The Court disagrees.  After considering the evidence and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006), the immigration judge found that DHS demonstrated that Cavadia Villorroel is a flight risk.  The proper way to challenge the result of a bond hearing is appeal to the Board of Immigration

Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Cavadia Villarroel's motion (Doc. 15) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on June 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2